# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-41257
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 1, 2014

Lyle W. Cayce
Clerk

ANTONIO M. LACY,

Plaintiff-Appellant

v.

WARDEN NORRIS JACKSON; SERGEANT MAYER,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:11-CV-330

Before SMITH, WIENER, and ELROD, Circuit Judges

PER CURIAM:*

Proceeding pro se and in forma pauperis (IFP), Antonio M. Lacy, Texas prisoner # 594575, appeals the summary judgment dismissal of his 42 U.S.C. § 1983 lawsuit challenging the forfeiture of funds from his inmate trust account following his disciplinary conviction for trafficking and trading. Lacy is barred from proceeding IFP because, on at least three prior occasions while incarcerated, he has brought a civil action in a court of the United States that

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-41257

was dismissed as frivolous, malicious, or for failure to state a claim upon which relief could be granted. *See Lacy v. Velasquez*, 54 F. App'x 798 (5th Cir. 2002); *Lacy v. Collins*, 1995 WL 535114 (5th Cir. Aug. 8, 1995); *see also* 28 U.S.C. § 1915(g). Further, nothing in the record reflects that Lacy is "under imminent danger of serious physical injury." § 1915(g).

Accordingly, Lacy's IFP status is decertified, and the appeal is dismissed. Lacy has 15 days from the date of this opinion to pay the full appellate filing fee to the clerk of the district court, should he wish to reinstate his appeal.

IFP DECERTIFIED; APPEAL DISMISSED.